Ruben Pratt
NAME

P74831
PRISON NUMBER

CSATF/SP P.O. Box 5246
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Corcoran, CA 93212
CITY, STATE, ZIP CODE

2254 1983
FILING FEE PAID
Yes ✓ No
IFP MOTION FILED
Yes No ✓
COPIES SENT TO
Court ✓ ProSe

FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Ruben Hershell Pratt,
(FULL NAME OF PETITIONER)

PETITIONER

v.

Ken Clark,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

Jerry Brown,
The Attorney General of the State of California, Additional Respondent.

Civil No. '08 CV 0824 BEN RBB
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: San diego Superior Court P.O. Box 122724, San Diego, CA 92112

2. Date of judgment of conviction: June 17th 2005

3. Trial court case number of the judgment of conviction being challenged: SCD181609

4. Length of sentence: 15 years

CR

5. Sentence start date and projected release date: ______

6. Offense(s) for which you were convicted or pleaded guilty (all counts): Count One: Assault With a Semi-Automatic Firearm. Count Two Assault With a Firearm

7. What was your plea? (CHECK ONE)
   - (a) Not guilty ☒
   - (b) Guilty ☐
   - (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury ☒
   - (b) Judge only ☐

9. Did you testify at the trial?
   ☒ Yes ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    - (a) Result: Count 2 Reversed Judgment Affirmed In all Other Respects
    - (b) Date of result, case number and citation, if known: ______
    - (c) Grounds raised on direct appeal: 1) The Trial Court Erred In Excluding Evidence Of Another Suspect Near The Scene Of The Crime Who fit The Description Of The Assailant. 2) The Conviction for Count 2 Must Be Reversed Because It Is a lesser Included Offense Of Count One

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    - (a) Result: Judgment Is Reversed as To Count 2 Judgment affirmed In all other Respects.
    - (b) Date of result, case number and citation, if known: ______
    - (c) Grounds raised: 1) The Court Of Appeal Decision finding That Third Party Culpability Evidence ~~That~~ Is Inadmissible Unless There Is Evidence That A Third Party In fact Commited The Crime Violates This Court's Holding In People V Hall and The defendants Constitutional Rights To Due Process To Confront Witness and To present A defense.

13. If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to that petition:

(a) Result: ______

(b) Date of result, case number and citation, if known: ______

(c) Grounds raised: ______

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Superior Court?
☐ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

(a) California Superior Court Case Number: ______

(b) Nature of proceeding: ______

(c) Grounds raised: ______

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

(e) Result: ______

(f) Date of result: ______

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Court of Appeal?
☐ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information:

(a) California Court of Appeal Case Number:______________________

(b) Nature of proceeding: ______________________

______________________

(c) Grounds raised: ______________________

______________________

______________________

______________________

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

(e) Result: ______________________

(f) Date of result: ______________________

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Supreme Court?
☐ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

(a) California Supreme Court Case Number:______________________

(b) Nature of proceeding: ______________________

______________________

(c) Grounds raised: ______________________

______________________

______________________

______________________

______________________

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☐ No

(e) Result: ______________________

(f) Date of result: ______________________

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the California Supreme Court, containing the grounds raised in this federal Petition, explain briefly why you did not:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☒ Yes ☐ No (IF "YES" SKIP TO #22)
(a) If no, in what federal court was the prior action filed? ______________
(i) What was the prior case number? ______________
(ii) Was the prior action (CHECK ONE):
☐ Denied on the merits?
☐ Dismissed for procedural reasons?
(iii) Date of decision: ______________
(b) Were any of the issues in this current petition also raised in the prior federal petition?
☐ Yes ☐ No
(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☐ Yes ☐ No

---

CAUTION:

- Exhaustion of State Court Remedies: In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.
- Single Petition: If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- Factual Specificity: You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: The Trial Court Erred In Excluding Evidence Of Another Suspect Near The Scene Of The Crime Who fit The description Of The Assailant

**Supporting FACTS** (state *briefly* without citing cases or law) Prior To Trial The Court Was advised By Counsel That After Mr. Groessl's 911 Call a description Of The Suspect Was BroadCast Over The police Radio. The police detained The petitioner But also detained a Second Suspect One Vincent Berry Was also a Young African-American Male Similarly Dressed. Mr. Berry Was not detained At The Same location and Because The Victim Positively Identified The Petitioner He Was not Taken To The Second location To View Mr. Berry The Court Ruled That No Evidence Of The Third Party Suspect Could Be Introduced At Trial Unless There Was Evidence That The Third Party actually Commited The Crime. The Trial Court applied The Incorrect Standard Of law and Abused Its discretion In Excluding This Evidence. The Error Was Wholly Prejudicial As Both Parties Both Conceded This Was an Identity Case. Given The Existing InConsistencies In The eyewitness description Of The Clothes and His Identification Of a Six foot 170 pound Male and The Well Documented Inherent Problems In Cross facial Identification. (The Victim Is Caucasian and The petitioner Is African American) It Is Virtually InConceivable That had Jurors Known That Another Person Was In The Same Area At The Same Time Who Matched description Of The Assailant That Reasonable doubt Would not Have Crept Into Some Of Their Minds

**Did you raise GROUND ONE in the California Supreme Court?**
☒ Yes ☐ No.

(b) **GROUND TWO**: The Conviction For Count 2 Must Be Reversed Because It Is a Lesser Included Offense Of Count One.

**Supporting FACTS** (state *briefly* without citing cases or law): Where a defendant Is found guilty Of Both a greater and lesser Offense and The Evidence Supports The Verdict As To The greater Offense The Conviction Of The Greater Offense Is Controlling and The Conviction Of The lesser Offense Must Be Reversed. The Trial Court Properly Instructed The Jury That Count 2 Assault With a Firearm Was a lesser Offense Of Count 1 assault With a Semi-Automatic firearm and Therefore If The Jury Returned a guilty Verdict On Count 1, It Should Not Return a Verdict On Count 2 In fact The Court Could Not Accept a Guilty Verdict for Both Counts, Nevertheless As The Court Immediately Recognized, The Jury failed To Complete The Verdict forms According To The Instructions and Returned Guilty Verdicts as To Both Counts One and Two. Although defense Counsel Properly Objected and Requested That The Verdict as To Count Two Be Stricken; The Court failed To Do So and Sentenced Petitioner To The Mid-Term Of Three Years for Count 2 Although The Sentence Was Stayed It Still Appears as a Conviction On The Abstract Of Judgment And If Not Corrected Could Be Used as a Prior Conviction In The future. The Trial Court Erred as A Matter of law In failing To Strike The Verdict On Count 2 The Conviction On That Count Must Be Reversed.

**Did you raise GROUND TWO in the California Supreme Court?**
☒ Yes ☐ No.

(c) **GROUND THREE:** ______

Supporting **FACTS** (state *briefly* without citing cases or law): ______

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

(d) **GROUND FOUR**: ______

**Supporting FACTS** (state *briefly* without citing cases or law): ______

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

**24.** If your answer to #23 is "Yes," give the following information:

(a) Name of Court: ______

(b) Case Number: ______

(c) Date action filed: ______

(d) Nature of proceeding: ______

(e) Grounds raised: ______

(f) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: Christopher Bridges

(b) At arraignment and plea: Christopher Bridges

(c) At trial: Raymond J Thielen II

(d) At sentencing: Raymond J Thielen

(e) On appeal: Janice R Mazur 13465 Camino Canada Suite 106 No 103 El Cajon Ca 92021

(f) In any post-conviction proceeding: Janice R. Mazur 13465 Camino Canada Suite 106 No 103 El Cajon Ca 92021

(g) On appeal from any adverse ruling in a post-conviction proceeding: Janice R. Mazur 13465 Camino Canada Suite 106 No 103 El Cajon Ca 92021

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☐ No

(a) If so, give name and location of court that imposed sentence to be served in the future:
______________________________

(b) Give date and length of the future sentence: ______________________________
______________________________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: __________
______________________________

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

______________________________
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

5·3·08 [signature]
(DATE) SIGNATURE OF PETITIONER

Ground One (Supporting Facts Continued)

Because The Trial Court applied The Incorrect legal Standard In Excluding The Third Party Culpability Evidence, failed To Exercise discretion To Appropriately Weigh The Probative Value Of The Evidence and Because The Exclusion Of Such Evidence Was prejudicial, The Convictions Must Be Reversed and The Matter Remanded for a New Trial.

United States District Court
Southern District Of California

Ruben Hershell Pratt
V
Ken Clark

Case Number: D046844

Proof Of Service

I Hereby Certify That On, MONALISA DEAN, I Served A Copy Of The Attached: Writ Of Habeas Corpus/Supporting Docs: By Placing A Copy In A Postage Paid Envelope Addressed To The Person(s) Here In After Listed By Depositing Said Envelope In The United States Mail At California State Prison - Corcoran.

(List Name and Address Of Each Defendant Or Attorney Served) Clerk Of U.S. District Court Room 4290 880 Front Street, San Diego, CA 92101-8900.

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct.

[signature]

Signature Of Person Completing Service

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ✓ 1983
FILING FEE PAID
Yes ✓ No
IFP MOTION FILED
Yes No
COPIES SENT TO
Court ✓ Pro Se

FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**I (a) PLAINTIFFS**

**Ruben H. Pratt**

**DEFENDANTS**

**Clark, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kings
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Ruben H. Pratt**
**PO Box 5246**
**Corcoran, CA 93212**
**P-74831**

**ATTORNEYS (IF KNOWN)**

'08 CV 0824 BEN RBB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☒ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 5/6/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~ R. Mull[illegible]



**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 150612 - MB**

**May 07, 2008**
**10:45:49**

**Habeas Corpus**
USAO #.: 08CV0824 HABEAS CORPUS
Judge..: ROGER T BENITEZ
Amount.: $5.00 CK
Check#.: PC2148

**Total-> $5.00**

FROM: RUBEN H PRATT VS
KEN CLARK, ET AL